**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CANDY B.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:25-cv-01559-E-BV** |
| | § | |
| **FRANK BISIGNANO,** | § | |
| **Commissioner of Social Security,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 25). Plaintiff timely filed objections (ECF No. 26), and the Magistrate Judge's Recommendation is now ripe for review. The District Court reviewed the Findings, Conclusions, and Recommendation de novo. Finding no error, the Court **OVERRULES** Plaintiff's objections and **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that the Commissioner's decision is **AFFIRMED** and Plaintiff's complaint is dismissed with prejudice. Judgment will be entered accordingly.

**SO ORDERED on this 10th day** of **September, 2026**.

REED O'CONNOR
CHIEF UNITED STATES DISTRICT JUDGE